1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10
11

GUETATCHEW FIKROU,                                    )
                                                     )      Case No. 2:15-cv-01297-GMN-NJK
                        Plaintiff(s),                )

12

vs.                                                  )      ORDER
                                                     )

13

MONTGOMERY COUNTY OFFICE OF             )
CHILD SUPPORT ENFORCEMENT               )

14

DIVISION, et al.,                                    )
                                                     )

15

                        Defendant(s).                )
                                                     )

16
17

        Pending before the Court is a motion to stay discovery.  Docket No. 34.  The Court ORDERS

18

that any response shall be filed no later than October 5, 2015.  Any reply shall be filed no later than

19

October 7, 2015.

20

        IT IS SO ORDERED.

21

        DATED: September 25, 2015

22

                                    _____
                                    NANCY J. KOPPE

23

                                    United States Magistrate Judge

24
25
26
27
28